Eliot R. Samulon, SBN: 67401
**POTTER, COHEN & SAMULON**
3852 East Colorado Blvd.
Pasadena, CA  91107
Telephone: (626)795-0681
Facsimile:  (626)795-0725
esamulon@pottercohenlaw.com

Attorneys for Plaintiff, GLENN THOMAS COYNE

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENN THOMAS COYNE, ) | **Case No.: ED CV 11-0868 JCG** |
| ) | |
| Plaintiff, ) | **ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. § 2412(d)** |
| ) | |
| vs. ) | |
| ) | |
| MICHAEL J. ASTRUE, Commissioner ) of Social Security Administration, ) | |
| ) | |
| Defendant ) | |
| ) | |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that the Commissioner shall pay the amount of $5,500.00 for fees, as authorized by 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

DATE: July 16, 2012                   _____
                                      THE HONORABLE JAY C. GANDHI
                                      UNITED STATES MAGISTRATE JUDGE