Eliot R. Samulon, SBN: 67401
**POTTER, COHEN & SAMULON**
3852 East Colorado Blvd.
Pasadena, CA  91107
Telephone: (626)795-0681
Facsimile:  (626)795-0725
esamulon@pottercohenlaw.com

Attorneys for Plaintiff, GLENN THOMAS COYNE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLENN THOMAS COYNE,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security Administration,<br><br>　　　　Defendant | Case No.: ED CV 11-0868 JCG<br><br>**ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. § 2412(d)** |

　　　Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

　　　IT IS ORDERED that the Commissioner shall pay the amount of $5,500.00 for fees, as authorized by 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

DATE: July 16, 2012　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　THE HONORABLE JAY C. GANDHI
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

-1-